UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| ROSARIO ABRAHAM-COYUCHI, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-00334-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| JASON WOOSLEY, | ) | **ORDER REMANDING HEARING** |
| In his official capacity as Jailer, Grayson | ) | |
| County Detention Center, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing. [R. 7]. In their joint motion, the parties state that they "are not aware of any relevant factual disputes and, accordingly, respectfully request to cancel the hearing in this matter". *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.  The parties' Joint Motion to Remand/Cancel Hearing, [**R. 7**], is **GRANTED**.

2. The **Hearing** scheduled for Thursday, May 14, 2026, is **REMANDED** from the Court's docket.

This the 13th day of May, 2026.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record